FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 MAR 11 A 5:06

CLERK, US DISTRICT COURT
DISTRICT OF FLORIDA
JACKSONVILLE

| | |
|---|---|
| **LEECH TISHMAN FUSCALDO & LAMPL, LLC**, a Pennsylvania limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:15-cv-311-J-39JBT ) |
| **GREGORY SCOTT CART**, an individual, and **NANO DEFENSE SOLUTIONS, INC.**, a Delaware corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

## COMPLAINT

Plaintiff, Leech Tishman Fuscaldo & Lampl, LLC, by and through its counsel, brings this action against Defendants, Gregory Scott Cart and Nano Defense Solutions, Inc., averring as follows:

## PARTIES

1. Plaintiff, Leech Tishman Fuscaldo & Lampl, LLC ("LTFL"), is a Pennsylvania limited liability company with a principal business address located at 525 William Penn Place, 28th Floor, Pittsburgh, Pennsylvania 15219.

2. Defendant, Nano Defense Solutions, Inc. ("Nano"), is a Delaware corporation with a principal place of business located at 701 Market Street, Suite 111, St. Augustine, Florida 32095.

3. Defendant, Gregory Scott Cart ("Cart"), is an adult individual residing at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ St. Augustine, Florida 32095. Cart is the President and Chief Executive Officer of Nano, and its largest shareholder.

1

## JURISDICTION AND VENUE

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims set forth herein occurred in this judicial district.

## FACTUAL BACKGROUND

6. Cart engaged LTFL to provide legal services relating to the formation of a new company, and to represent this new company after its formation.

7. On or about February 17, 2014, Cart executed a written agreement with LTFL which outlined the scope of LTFL's representation and the terms and conditions thereof, including Cart's payment obligation (the "Engagement Letter"). A true and correct copy the Engagement Letter is attached hereto and incorporated herein by reference as **Exhibit "A"**.

8. In accordance with the terms set forth in the Engagement Letter, LTFL provided legal services in connection with the formation of Nano.

9. Following the formation of Nano, LTFL provided legal counseling and related services to Nano pursuant to Cart's instructions and in accordance with the Engagement Letter.

10. From March 2014 through February 2015, LTFL mailed detailed monthly invoices to Defendants seeking payment for the legal services provided.

11.     To date, $346,212.45 remains due and owing on Defendants' account with LTFL.

## COUNT I – BREACH OF CONTRACT

### LTFL v. Cart

12.     The averments of paragraphs 1 through 11 above are hereby incorporated by reference as though fully set forth herein.

13.     Cart and LTFL entered into a legally enforceable contract pursuant to which LTFL agreed to provide legal services on behalf of Cart and the newly formed entity that became Nano, and Cart in turn agreed to pay LTFL for its services.

14.     LTFL fully performed all of its contractual obligations under the contract by providing Cart and Nano legal counsel and services that were responsive and conforming to their requests.

15.     Cart's failure to pay LTFL for the legal services rendered constitutes a material breach of the terms and conditions of the parties' contract.

16.     As a direct and proximate result of Cart's material breach of contract, LTFL has suffered damages in the amount of $346,212.45 exclusive of interest and costs.

WHEREFORE, Plaintiff, Leech Tishman Fuscaldo & Lampl, LLC, respectfully requests that judgment be entered in its favor and against Defendant, Gregory Scott Cart, in the amount of $346,212.45 plus interest and costs, and for such other relief as the Court deems just and proper.

## **COUNT II- QUANTUM MERUIT**

**LTFL v. Cart and Nano**

17. The averments of paragraphs 1 through 6 and paragraphs 10 through 11 above are hereby incorporated by reference as though fully set forth herein.

18. LTFL conferred benefits upon Defendants by performing valuable legal services on Defendants' behalf.

19. Defendants received the benefit of the legal services rendered by LTFL as represented on the invoices LTFL submitted to Defendants.

20. Defendants have failed or otherwise refused to pay the balance of $346,212.45 that remains outstanding on their account with LTFL.

21. At the time LTFL provided services to Defendants, LTFL had an expectation that it would be fully compensated.

22. Defendants have been unjustly enriched by using and retaining the benefits of the legal services rendered by LTFL while failing or otherwise refusing to pay LTFL for such services.

23. As a direct and proximate result of Defendants' failure to pay LTFL, LTFL has suffered damages in the amount of $346,212.45 exclusive of interest and costs.

WHEREFORE, Plaintiff, Leech Tishman Fuscaldo & Lampl, LLC, respectfully requests that judgment be entered in its favor and against Defendants, Gregory Scott Cart and Nano Defense Solutions, Inc., in the amount of $346,212.45 plus interest and costs, and for such other relief as the Court deems just and proper.

## **COUNT III – PROMISSORY ESTOPPEL**

### **LTFL v. Cart and Nano**

24. The averments of paragraphs 1 through 11 above are hereby incorporated by reference as though fully set forth herein.

25. Cart promised LTFL, by executing the Engagement Letter and through verbal assurances prior to and subsequent to execution of the Engagement Letter, that he would timely pay for legal services LTFL provided.

26. Nano, through verbal assurances made by Cart, promised that it would timely pay for legal services LTFL provided.

27. Defendants knew or should have known that LTFL was relying on Defendants' promises to pay for legal services rendered.

28. In justifiable reliance on Defendants' promises to pay for legal services, LTFL continued work on their behalf and pursuant to Defendants' requests and instructions.

29. LTFL has suffered damages as a direct and proximate result of its justifiable reliance on Defendants' promises to pay for services.

30. Injustice to LTFL can be avoided only by awarding the damages caused by Defendants' promises to pay.

WHEREFORE, Plaintiff, Leech Tishman Fuscaldo & Lampl, LLC, respectfully requests that judgment be entered in its favor and against Defendants, Gregory Scott Cart and Nano Defense Solutions, Inc., in the amount of $346,212.45 plus interest and costs, and for such other relief as the Court deems just and proper.

## COUNT IV- ACCOUNT STATED

### LTFL v. Cart and Nano

31. The averments of paragraphs 1 through 11 above are incorporated herein by reference.

32. LTFL's business records show an outstanding balance on Defendants' account with LTFL in the amount of $346,212.45.

33. Defendants were made aware of the balance accrued on its account with LTFL through monthly invoices LTFL mailed to Defendants.

34. Defendants expressly or implicitly agreed to pay the outstanding balance.

35. Defendants have never disputed or otherwise challenged the amount owed as reflected in the invoices.

36. Defendants have agreed to, accepted, and/or acquiesced to the amount due and owing as reflected in the invoices.

37. LTFL has made demands on Defendants for payment of the amount due and owing.

38. Defendants have failed to pay LTFL the amounts due and owing as reflected in the invoices.

WHEREFORE, Plaintiff, Leech Tishman Fuscaldo & Lampl, LLC, respectfully requests that judgment be entered in its favor and against Defendants, Gregory Scott Cart and Nano Defense Solutions, Inc., in the amount of $346,212.45 plus interest and costs, and for such other relief as the Court deems just and proper.

Respectfully submitted,

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

BY: _/s/ Edward M. Booth, Jr._
**EDWARD M. BOOTH, JR., ESQ.**
FLORIDA BAR NO.: 338699
ONE INDEPENDENT DRIVE, SUITE 1650
JACKSONVILLE, FL 32202
TELEPHONE:     904-354-5500
FACSIMILE: 905-354-5501
EBOOTH.PLEADINGS@QPWBLAW.COM
*ATTORNEYS FOR DEFENDANTS*