IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br>v.<br><br>GREGORY SCOTT CART, an individual, and NANO DEFENSE SOLUTIONS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:15-CV-311-J-39JBT |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Leech Tishman Fuscaldo & Lampl, LLC ("Plaintiff") hereby voluntarily dismisses all claims in this action *without prejudice*.

Defendants Gregory Scott Cart and Nano Defense Solutions, Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the claims against them can be dismissed without prejudice and without an Order of the Court.

Dated: April 6, 2015.

1

Respectfully submitted,

LEECH, TISHMAN, FUSCALDO & LAMPL, LLC

By:    /s/ Edward M. Booth, Jr., Esq.
        Edward M. Booth, Jr., Esq.
        Florida Bar No. 338699
        One Independent Drive, Suite 1650
        Jacksonville, Florida 32202
        904.354.5500 (telephone)
        904.354.5501 (facsimile)
        ebooth@qpwblaw.com

## **CERTIFICATE OF SERVICE**

I, Edward M. Booth, Jr., Esq., do hereby certify that I filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court via the Court's electronic case filing/ECF system on this 6th day of April, 2015. I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants:

Gregory Scott Cart
2073 Crown Drive
Saint Augustine, Florida 32092

Nano Defense Solutions, Inc.
c/o G. Scott Cart
701 Market Street
Suite 111
Saint Augustine, Florida 32095

          /s/ Edward M. Booth, Jr., Esq.