UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEECH TISHMAN FUSCALDO &
LAMPL, LLC, a Pennsylvania limted
liability company,

      Plaintiff,

v.                                    Case No. 3:15-cv-311-J-39JBT

GREGORY SCOTT CART, an
individual and NANO DEFENSE
SOLUTIONS, INC., a Delaware
corporation,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. No. 8; Notice) filed on April 6, 2015.  In the Notice, Plaintiffs request a dismissal of this case without prejudice.  See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED without prejudice**.

2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 7th day of April, 2015.

_____
BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

ap